IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Dean Parsons

02-CV-3276
District Court Docket Number

vs.

Huskie Portfolio, LLC, et al

Notice of Appeal Filed 10/9/02
Court Reporter(s)/ESR Operator(s)

Filing Fee:
    Notice of Appeal  XX  Paid  __Not Paid  __Seaman
    Docket Fee           XX  Paid  __Not Paid  __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

Defendant's Address (for criminal appeals)

Prepared by :_____
Fernando Benitez, Jr.
Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm